Samuel Gertz, Florence Grossman and Theodore J. Horwitz, Co-partners, Trading as Junior Towers, Appellees, v. Louis G. Neiman, Appellant.

Gen. No. 43,679.

opinion filed April 8, 1946; released for publication April 23, 1946. Robert E. Cherry, for appellant; Brown & West, for appellees; Lawrence J. West and Albert Langeluttig, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

Eberhart Plaza, Inc., Appellant, v. Elvira Hayes, Appellee.

Gen. No. 43,635.

opinion filed April 8, 1946; released for publication April 23, 1946. George W. Lawrence, for appellant; no appearance for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.